**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Uriel Alexander Cruz Alarcon,

Petitioner,

v.

Unknown Party,

Respondent.

No. CV-26-04987-PHX-SHR

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 on July 16, 2026, challenging his immigration detention, arguing he was arrested without a warrant or any ability to contest his detention. (Doc. 1.) Pursuant to General Order 26-09, the Court electronically served the Petition on Respondent and issued the Standard Scheduling Order, which required Respondent to respond to the Petition within seven days. (Docs. 4, 5.) Respondent's response deadline was July 23, 2026, but no response was filed.

Because Respondent failed to provide any justification for Petitioner's redetention, the Court finds the defense waived. *See N-E-M-B v. Wamsley*, CV-25-00989-SI, 2025 WL 3527111, at *7 (D. Or. Dec. 9, 2025) ("Respondents do not challenge any aspect of the Petition on the merits and thus the Court finds that Respondents have waived such challenges and conceded those aspects of the Petition."); *Soleimani v. LaRose*, CV-25-03082-DMS-DEB, 2025 WL 3268412, at *3 (S.D. Cal. Nov. 24, 2025) (granting petition because "[b]y failing to respond to the claims actually asserted, Respondents have conceded the claims"); *cf. Jenkins v. County of Riverside*, 398 F.3d 1093, 1095 n.4 (9th

Cir. 2005) ("Jenkins abandoned her other two claims by not raising them in opposition to the County's motion for summary judgment."). The Petition will therefore be granted and Petitioner ordered released from custody immediately.

**IT IS ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** Respondent must immediately release Petitioner from custody.

**IT IS FURTHER ORDERED** Respondent must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FURTHER ORDERED** the Clerk of Court must immediately transmit by email a copy of this Order to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 22nd day of October, 2026.



Honorable Scott H. Rash
United States District Judge